## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 3:08cr221** |
| | : | **3:13cv2464** |
| **v.** | : | **(Judge Munley)** |
| | : | |
| **JOSEPH P. DONAHUE,** | : | |
| **Defendant** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 22nd day of May 2017, the defendant's amended "MOTION FOR RELIEF FROM FINAL JUDGMENT PURSUANT TO FED.R.CIV.P. 60(b)(3) AND 60(d)(3) " (Doc. 357) is hereby **DISMISSED** for lack of jurisdiction.  The renewed motion to recuse (Doc. 368) is **DENIED**.

**BY THE COURT:**


**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**